1
2
3
4
5
6

# UNITED STATES DISTRICT COURT

7

EASTERN DISTRICT OF CALIFORNIA

8
9
10
11
12
13
14
15

| | |
|---|---|
| SINH DAMNGAM, | ) Case No.: 1:12-at-00144 |
| | ) |
| | ) **ORDER GRANTING APPLICATION TO** |
| Plaintiff, | ) **PROCEED IN FORMA PAUPERIS** |
| | ) |
| v. | ) |
| | ) (Doc. 3) |
| MICHAEL J. ASTRUE, | ) |
| Commissioner of Social Security, | ) |
| | ) |
| Defendant. | ) |
| | ) |
| _____ | ) |

16
17

Plaintiff Sinh Damngam filed a complaint on March 9, 2012, along with an application to

18

proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915.  Plaintiff's application demonstrates

19

entitlement to proceed without prepayment of fees.

20

Accordingly, IT IS HEREBY ORDERED THAT:

21

    1.    Plaintiff's application to proceed *in forma pauperis* is GRANTED;

22

    2.    The Clerk of Court is DIRECTED to issue a summons; and

23

    3.    The United States marshal is DIRECTED to serve a copy of the complaint, summons,

24

        and this order upon the defendant as directed by the plaintiff.

25

IT IS SO ORDERED.

26

**Dated:   March 9, 2012**                    _____/s/ **Sheila K. Oberto**_____
                                        UNITED STATES MAGISTRATE JUDGE

27
28