# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SINH DAMNGAM, <br><br> Plaintiff, <br><br> v. <br><br> MICHAEL J. ASTRUE, <br> Commissioner of Social Security, <br><br> Defendant. | Case No.: 1:12-at-00144 <br><br> **ORDER GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS** <br><br> (Doc. 3) |

Plaintiff Sinh Damngam filed a complaint on March 9, 2012, along with an application to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915. Plaintiff's application demonstrates entitlement to proceed without prepayment of fees.

Accordingly, IT IS HEREBY ORDERED THAT:

1. Plaintiff's application to proceed *in forma pauperis* is GRANTED;
2. The Clerk of Court is DIRECTED to issue a summons; and
3. The United States marshal is DIRECTED to serve a copy of the complaint, summons, and this order upon the defendant as directed by the plaintiff.

IT IS SO ORDERED.

**Dated:   March 9, 2012**            /s/ Sheila K. Oberto
                           UNITED STATES MAGISTRATE JUDGE